**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | |
|---|---|---|
| | PLAINTIFF | |

☑ LA ☐ RS ☐ SA    DATE FILED: 10/29/2025

CASE NUMBER: 2:25-MJ-06775-DUTY-☐ ☐ **Under Seal**

INIT. APP. DATE: 10/31/2025    TIME: 1:30 PM

v.

Jonathan Ramirez

CHARGING DOC: Complaint & Warrant

DEFENDANT STATUS: In Custody

DEFENDANT.

☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT

VIOLATION: 21:841

COURTSMART/REPORTER: 10-31-25

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  Jacqueline Chooljian | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**  Kerri Hays _____  _Stephen Cheng_ _____  _____
       _Deputy Clerk_        _Assistant U.S. Attorney_        _Interpreter / Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are
    directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: John Targowski _____ ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution
    Ordered (see separate order) ☐ Special appearance by: _____

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Contested detention hearing is held. ☐ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting
    of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the
    setting of further proceedings.

☑ Preliminary Hearing set for 11-14-25 _____ at 11:30 AM _____ in Los Angeles

☑ Post-Indictment Arraignment set for: 11-20-25 _____ at 11:30 AM _____ in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
    ☐ Warrant of removal and final commitment are ordered stayed until _____

☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
    Proceedings will be held in the ☐ Duty Courtroom ☐ Judge's Courtroom

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____).

☐ Other: _____

**RECEIVED:** ☐ PSA ☐ PROBATION ☑ FINANCIAL ☑ CR-10 ☐ READY

Deputy Clerk Initials _Ken_
: